

# Fourth Court of Appeals
## San Antonio, Texas

October 26, 2021

No. 04-21-00406-CV

**IN THE INTEREST OF X.L.C., A CHILD**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-01100
The Honorable Kimberly Burley, Judge Presiding

## O R D E R

This is an accelerated appeal from a final order terminating appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal was filed. *See* TEX. R. JUD. ADMIN. 6.2. The reporter's record was due on October 21, 2021. However, the court reporter has filed a notification of late record requesting an extension of time to file the reporter's record. The request is GRANTED. The reporter's record is due on or before **November 1, 2021**.

**Given the time constraints governing the disposition of this appeal, no further requests for extensions of time will be granted absent extenuating circumstances.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of October, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court